IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SANDRA J. HARRINGTON )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>JARQUEZ EVANS, and individual and )<br>Former Trooper for Oklahoma Highway )<br>Patrol; OKLAHOMA HIGHWAY )<br>PATROL ex rel. The State of Oklahoma; ex )<br>rel. Oklahoma Department of Public Safety; )<br>ex rel. Tim Tipton, and individual and the )<br>Commissioner of the Dept. of Public Safety )<br>)<br>**Defendants.** ) | Case No.: 25-cv-1260-R |

## VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff together with all parties having appeared in this case, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and stipulate the case can be dismissed without prejudice.

_____
R. Scott Adams, OBA #13003
ADAMS & ASSOCIATES, P.C.
300 N. Walker, Suite 100
Oklahoma City, Oklahoma 73102
(405) 232-9100; Fax (405) 232-9114
sadams@scottadamslaw.com
ATTORNEYS FOR PLAINTIFFS

_____
Devan A. Pederson, OBA #16576
Jesse S. Ogle, OBA #34275
Assistant Attorneys General
Oklahoma Attorney General's Office

1

313 N.E. 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921 Fax: (405) 521-4518
devan.pederson@oag.ok.gov
jesse.ogle@oag.ok.law
ATTORNEYS FOR DEFENDANTS
STATE OF OKLAHOMA
AND TOM TIPTON